UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARTHUR WILLIAMS,
    Plaintiff,

vs.                                             Case No.: 3:22-cv-4903/MCR/ZCB

ALESHIA ROBBINS, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued an Amended Report and Recommendation on March 28, 2024.  (Doc. 56).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Amended Report and Recommendation (Doc. 56) is adopted and incorporated by reference in this order.

2. The Defendants' Motions to Dismiss, (Docs. 39, 53), are **GRANTED in part** as to Plaintiff's request for declaratory relief and **DENIED in part** as to all other relief.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 17th day of May 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**