UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARTHUR WILLIAMS,
    Plaintiff,

vs.                                    Case No.:  3:22-cv-4903/MCR/ZCB

ALESHIA ROBBINS, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 28, 2025.  (Doc. 83).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 83) is adopted and incorporated by reference in this order.

2.    The Defendants' Motion for Summary Judgment, (Doc. 77), is **GRANTED** to the extent that all claims against Defendants are **DISMISSED**

without prejudice for failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a).

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 30th day of May 2025.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**